UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,                                                                    PLAINTIFF

v.                                                       CRIMINAL ACTION NO. 3:01-CR-00064-CRS

EDWARD W. COMPTON, SR.,                                                                    DEFENDANT

<u>Memorandum Opinion and Order</u>

Edward Compton, *pro se*, moves the Court to expunge his 2001 felony conviction for drunk driving on federal property.

Federal courts are courts of limited jurisdiction. "In limited circumstances, federal statutes expressly permit federal courts to expunge a criminal record." *United States v. Field*, 756 F.3d 911, 915 (6th Cir. 2014). Compton has not identified a federal statute that would permit the Court to expunge his criminal record.

The Court lacks jurisdiction over expungement motions based on purely equitable considerations, but retains jurisdiction "over motions challenging an unconstitutional conviction." *Field*, 756 F.3d at 916. Compton's arguments in support of expungement raise only equitable considerations: that his felony conviction interferes with his ability to visit his son, who is incarcerated, and that his felony conviction appears when employers run background checks on him. As Compton has not challenged the constitutionality of his conviction, the Court lacks jurisdiction over his expungement motion.

The Court **DENIES** Compton's motion for expungement.

June 1, 2016



Charles R. Simpson III, Senior Judge
**United States District Court**